**Order filed, February 17, 2017.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-01025-CV
_____

## LISA SLATER, Appellant

### V.

## AMERIGROUP MORTGAGE CORPORATION, GMAC MORTGAGE, LLC, PLANET HOME LENDING, LLC, THE SECRETARY OF VETERAN'S AFFAIRS, Appellee

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2016-12085**

---

### ORDER

The reporter's record in this case was due **January 30, 2017**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kendra Garcia**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM